# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

In Re. LM Endeavor, LLC

Debtor(s)

Case No. 21-30987

☐ Jointly Administered

# Monthly Operating Report
Chapter 11

Reporting Period Ended: 03/31/2022  
Petition Date: 12/27/2021

Months Pending: 3  
Industry Classification:

Reporting Method:  Accrual Basis ☐   Cash Basis ☒

Debtor's Full-Time Employees (current): 8

Debtor's Full-Time Employees (as of date of order for relief): 8

**Supporting Documentation** (check all that are attached):
(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

Signature of Responsible Party

Date

Printed Name of Responsible Party

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)    1

Debtor's Name: LM Endeavor, LLC  Case No. 21-30987

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $38,465 | |
| b. Total receipts (net of transfers between accounts) | $48,369 | |
| c. Total disbursements (net of transfers between accounts) | $84,368 | |
| d. Cash balance end of month (a+b-c) | $2,465 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | |
| f. Total disbursements for quarterly fee calculation (c+e) | $84,368 | |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory  (Book ◯  Market ◯  Other ⦿  (attach explanation)) | $0 |
| d. Total current assets | $114,464 |
| e. Total assets | $114,464 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $8,765 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $8,765 |
| k. Prepetition secured debt | $255,149 |
| l. Prepetition priority debt | $60,091 |
| m. Prepetition unsecured debt | $234,189 |
| n. Total liabilities (debt) (j+k+l+m) | $558,194 |
| o. Ending equity/net worth (e-n) | $-443,730 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $48,369 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $48,369 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $56,508 | |
| f. Other expenses | $3,316 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-11,455 | $0 |

UST Form 11-MOR (06/07/2021)  2

Debtor's Name LM Endeavor, LLC                                  Case No. 21-30987

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | | | | | | |
| Delete ii | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | | | | | | |
| Delete ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | |
| c. | Postpetition employer payroll taxes accrued | $4,053 | |
| d. | Postpetition employer payroll taxes paid | $0 | |
| e. | Postpetition property taxes paid | $629 | |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | |

## Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ No ● | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ No ● | |
| d. | Are you current on postpetition tax return filings? | Yes ● No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ● No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ No ● | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ No ○ N/A ● | |
| i. | Do you have: Worker's compensation insurance? | Yes ● No ○ | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● No ○ | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ | (if no, see Instructions) |
| | General liability insurance? | Yes ● No ○ | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ No ● | |

UST Form 11-MOR (06/07/2021)                      3

Debtor's Name LM Endeavor, LLC                                               Case No. 21-30987

| | | |
|---|---|---|
| k. | Has a disclosure statement been filed with the court? | Yes ◯  No ⬤ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⬤  No ◯ |

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | |
| b. | Gross income (receipts) from self-employment | |
| c. | Gross income from all other sources | |
| d. | Total income in the reporting period (a+b+c) | |
| e. | Payroll deductions | |
| f. | Self-employment related expenses | |
| g. | Living expenses | |
| h. | All other expenses | |
| i. | Total expenses in the reporting period (e+f+g+h) | |
| j. | Difference between total income and total expenses (d-i) | |
| k. | List the total amount of all postpetition debts that are past due | |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ◯ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ◯ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

_____                         _____
Signature of Responsible Party                       Printed Name of Responsible Party

_____                                       _____
Title                                                 Date

|  Save  |  Generate PDF for Court Filing and Remove Watermark  |

UST Form 11-MOR (06/07/2021)                     4






P.O. Box 20998 • El Paso, Texas 79998 0998
915.778.9221 or 800.772.4328 USA

LM ENDEAVOR LLC
13781 KENTWOOD PRIVATE RD
EL PASO TX 79928 9117

Account Number:
Statement Date:            03/31/22
Page  1  of  5

## member statement

*********************************************  **Checking Account**  *********************************************

All Transactions by Date

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| 02/28 | Balance Forward--------------------------------------------------------------------------> | | 38,464.60 |
| 03/01 | XPRESS FUEL #1262    CLINT         TX | 10.17- | 38,454.43 |
| 03/01 | CHECK NUMBER         1549 | 676.80- | 37,777.63 |
| 03/01 | CHECK NUMBER         1545 | 576.45- | 37,201.18 |
| 03/01 | To Tax account Feb 25 Deposit | 4,326.00- | 32,875.18 |
| 03/01 | To Tax Acc Feb28 Deposit | 7,468.00- | 25,407.18 |
| 03/01 | Credit Card Payment | 1,500.00- | 23,907.18 |
| 03/01 | TRANSFER TO LN    XXXXXX1478 | 273.00- | 23,634.18 |
| 03/01 | TRANSFER TO LN    XXXXXX1479 | 266.00- | 23,368.18 |
| 03/01 | EVOLVE FEDERAL CRED | 759.69- | 22,608.49 |
| 03/01 | Check Number        1555 | 3,097.00- | 19,511.49 |
| 03/01 | Check Number        1556 | 2,000.00- | 17,511.49 |
| 03/01 | Check Number        1553 | 556.45- | 16,955.04 |
| 03/02 | LOVES CNTRY ST      EL PASO       TX | 53.00- | 16,902.04 |
| 03/02 | LOVES CNTRY ST      EL PASO       TX | 90.00- | 16,812.04 |
| 03/02 | LOVES CNTRY ST      EL PASO       TX | 4.31- | 16,807.73 |
| 03/02 | LOVES CNTRY ST      EL PASO       TX | 40.00- | 16,767.73 |
| 03/02 | LOVES CNTRY ST      EL PASO       TX | 40.00- | 16,727.73 |
| 03/02 | LOVES CNTRY ST      EL PASO       TX | 19.97- | 16,707.76 |
| 03/02 | WHITE CAP #051 | 65.74- | 16,642.02 |
| 03/02 | BRIDGESTONE HOSEPOW | 63.56- | 16,578.46 |
| 03/02 | Check Number        1548 | 599.20- | 15,979.26 |
| 03/02 | Check Number        1430 | 300.00- | 15,679.26 |
| 03/03 | ALON DK # 11995 GAT EL PASO       TX | 19.00- | 15,660.26 |
| 03/03 | ALON DK # 11995 GAT EL PASO       TX | 65.00- | 15,595.26 |
| 03/03 | Check Number        1552 | 759.30- | 14,835.96 |
| 03/04 | VERMEER SALES SW-AZ | 589.51- | 14,246.45 |
| 03/04 | Check Number        1559 | 399.96- | 13,846.49 |
| 03/04 | Check Number        1546 | 396.18- | 13,450.31 |
| 03/05 | Leo Week Salary | 1,000.00- | 12,450.31 |
| 03/05 | T-MOBILE  150 S DAR EL PASO       TX | 54.75- | 12,395.56 |
| 03/06 | CIRCLE K # 41272 10 SOCORRO       TX | 75.08- | 12,320.48 |
| 03/06 | WHOLESALE LUMBER    El Paso       TX | 18.46- | 12,302.02 |
| 03/06 | O'REILLY AUTO PARTS SOCORRO       TX | 51.67- | 12,250.35 |
| 03/07 | MINICONCRETE MATERI | 503.37- | 11,746.98 |
| 03/07 | VERMEER SALES SW-AZ | 197.17- | 11,549.81 |
| 03/07 | VERMEER SALES SW-AZ | 113.66- | 11,436.15 |

------------ Continued ------------

**GECU**
WE'RE WITH YOU.
P.O. Box 20998 • El Paso, Texas 79998 0998
915.778.9221 or 800.772.4328 USA

Account Number:
Statement Date: 03/31/22

Page 2 of 5

## member statement

************************************************ **Checking Account** ************************************************

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| 03/07 | DCRI         8443513945 | 150.00- | 11,286.15 |
| 03/07 | LOVES CNTRY ST    EL PASO    TX | 40.00- | 11,246.15 |
| 03/07 | LOVES CNTRY ST    EL PASO    TX | 62.41- | 11,183.74 |
| 03/07 | LOVES CNTRY ST    EL PASO    TX | 80.01- | 11,103.73 |
| 03/07 | NNT CMC CONST SRVCS EL PASO    TX | 44.39- | 11,059.34 |
| 03/07 | Deposit | 4,931.30 | 15,990.64 |
| 03/07 | Speedway 13891 Hor Horizon City TX | 74.00- | 15,916.64 |
| 03/07 | SOCORRO ACE HARDWAR | 23.79- | 15,892.85 |
| 03/07 | Check Number     1566 | 459.44- | 15,433.41 |
| 03/07 | Check Number     1562 | 217.02- | 15,216.39 |
| 03/07 | Check Number     1565 | 639.98- | 14,576.41 |
| 03/08 | To Tax Saving Account | 1,479.00- | 13,097.41 |
| 03/08 | HORIZON       EL PASO    TX | 9.30- | 13,088.11 |
| 03/08 | HORIZON       EL PASO    TX | 74.00- | 13,014.11 |
| 03/08 | HORIZON       EL PASO    TX | 74.00- | 12,940.11 |
| 03/08 | Check Number     1558 | 250.00- | 12,690.11 |
| 03/08 | Check Number     1567 | 556.45- | 12,133.66 |
| 03/09 | CHECK NUMBER      1560 | 576.45- | 11,557.21 |
| 03/09 | AUTOZONE 3067    HORIZON CITY TX | 10.81- | 11,546.40 |
| 03/09 | LOVES CNTRY ST    EL PASO    TX | 20.12- | 11,526.28 |
| 03/09 | PDS*CITY OF EL PASO | 8.29- | 11,517.99 |
| 03/09 | PDS*CITY OF EL PASO | 418.67- | 11,099.32 |
| 03/09 | PDS*CITY OF EL PASO | 198.18- | 10,901.14 |
| 03/09 | PDS*CITY OF EL PASO | 3.92- | 10,897.22 |
| 03/10 | LOVES CNTRY ST    EL PASO    TX | 97.32- | 10,799.90 |
| 03/10 | CHECK NUMBER      1564 | 676.80- | 10,123.10 |
| 03/10 | LOVES CNTRY ST    EL PASO    TX | 90.00- | 10,033.10 |
| 03/10 | LOVES CNTRY ST    EL PASO    TX | 60.01- | 9,973.09 |
| 03/10 | LOVES CNTRY ST    EL PASO    TX | 2.18- | 9,970.91 |
| 03/10 | Check Number     1557 | 909.33- | 9,061.58 |
| 03/11 | Deposit | 5,119.87 | 14,181.45 |
| 03/11 | Deposit | 6,977.27 | 21,158.72 |
| 03/11 | Deposit | 2,337.30 | 23,496.02 |
| 03/11 | Deposit | 4,140.00 | 27,636.02 |
| 03/11 | AGILE PREMIUM FINAN | 1,023.96- | 26,612.06 |
| 03/11 | Check Number     1561 | 391.09- | 26,220.97 |
| 03/11 | Check Number     1563 | 540.04- | 25,680.93 |
| 03/12 | CIRCLE K # 41253 22 EL PASO    TX | 75.00- | 25,605.93 |
| 03/12 | CIRCLE K # 41253   EL PASO    TX | 100.00- | 25,505.93 |
| 03/12 | CIRCLE K 06089 9497 EL PASO    TX | 75.00- | 25,430.93 |
| 03/13 | ALON DK # 9635 MCCO EL PASO    TX | 13.81- | 25,417.12 |
| 03/14 | TACO BELL 001700174 | 98.13- | 25,318.99 |
| 03/14 | CHURCHS CHICKEN - 0 | 45.43- | 25,273.56 |
| 03/14 | KRISPY KREME #144 | 23.77- | 25,249.79 |
| 03/14 | DCRI         D000102053 | 150.00- | 25,099.79 |
| 03/14 | Leo week salary | 1,000.00- | 24,099.79 |
| 03/14 | LOVES CNTRY ST    EL PASO    TX | 50.00- | 24,049.79 |
| 03/14 | LOVES CNTRY ST    EL PASO    TX | 91.07- | 23,958.72 |
| 03/14 | LOVES CNTRY ST    EL PASO    TX | 80.03- | 23,878.69 |
| 03/14 | CHECK NUMBER      1572 | 676.80- | 23,201.89 |
| 03/14 | VALENTINES BAKERY D | 51.69- | 23,150.20 |
| 03/14 | Check Number     1575 | 556.45- | 22,593.75 |
| 03/14 | Check Number     1570 | 390.18- | 22,203.57 |
| 03/14 | Check Number     1574 | 376.33- | 21,827.24 |
| 03/14 | Check Number     1573 | 677.40- | 21,149.84 |
| 03/15 | To Tax Saving Acc | 5,500.00- | 15,649.84 |
| 03/15 | LOVES CNTRY ST    EL PASO    TX | 125.00- | 15,524.84 |
| 03/15 | CHECK NUMBER      1568 | 576.45- | 14,948.39 |
| 03/15 | Cashier's Check Fee | 5.00- | 14,943.39 |

------------ Continued ------------

**GECU**
WE'RE WITH YOU.
P.O. Box 20998 • El Paso, Texas 79998 0998
915.778.9221 or 800.772.4328 USA

Account Number:
Statement Date: 03/31/22

Page 3 of 5

## member statement

****************************************** **Checking Account** ******************************************

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| 03/15 | Withdrawal | 1,500.00- | 13,443.39 |
| 03/15 | Stop Payment Fee | 29.50- | 13,413.89 |
| 03/15 | AUTOZONE  3067      HORIZON CITY  TX | 14.06- | 13,399.83 |
| 03/15 | Speedway  13891 Hor Horizon City  TX | 74.00- | 13,325.83 |
| 03/15 | Speedway  13891 Hor Horizon City  TX | 74.00- | 13,251.83 |
| 03/15 | Speedway  13891 Hor Horizon City  TX | 74.00- | 13,177.83 |
| 03/15 | Speedway  13891 Hor Horizon City  TX | 74.00- | 13,103.83 |
| 03/15 | CIRCLE K # 41253 | 76.98- | 13,026.85 |
| 03/15 | MCW#0362-GEORGE DIE | 12.00- | 13,014.85 |
| 03/15 | CIRCLE K # 41253 | 100.00- | 12,914.85 |
| 03/15 | Check Number     1577 | 2,000.00- | 10,914.85 |
| 03/16 | MURPHY EXPRESS    EL PASO     TX | 25.01- | 10,889.84 |
| 03/16 | O'REILLY AUTO PARTS SOCORRO     TX | 186.73- | 10,703.11 |
| 03/16 | O'REILLY AUTO PARTS SOCORRO     TX | 138.17- | 10,564.94 |
| 03/16 | GCC SUN CITY SECTIO | 12.31- | 10,552.63 |
| 03/17 | GECU Loan | 271.30- | 10,281.33 |
| 03/17 | F550 Pymnt | 264.47- | 10,016.86 |
| 03/17 | ALON DK # 1330 N. Z EL PASO     TX | 52.02- | 9,964.84 |
| 03/17 | ALON DK # 1330 N. Z EL PASO     TX | 75.00- | 9,889.84 |
| 03/17 | GCC SUN CITY SECTIO | 76.98- | 9,812.86 |
| 03/17 | Check Number     1578 | 1,500.00- | 8,312.86 |
| 03/17 | Check Number     1571 | 550.13- | 7,762.73 |
| 03/18 | Loan from Tax Saving Acc. | 10,000.00 | 17,762.73 |
| 03/18 | VERMEER SALES SW-AZ | 1,761.73- | 16,001.00 |
| 03/18 | VERMEER SALES SW-AZ | 2,051.18- | 13,949.82 |
| 03/18 | Check Number     1569 | 413.97- | 13,535.85 |
| 03/19 | LOWE'S #1146     EL PASO    TX | 41.36- | 13,494.49 |
| 03/19 | LOWE'S #1146     EL PASO    TX | 36.89- | 13,457.60 |
| 03/19 | LOVES CNTRY ST    EL PASO    TX | 44.52- | 13,413.08 |
| 03/20 | O'REILLY AUTO PARTS SOCORRO     TX | 37.88- | 13,375.20 |
| 03/21 | AVANTE USA LTD | 1,138.79- | 12,236.41 |
| 03/21 | GCC SUN CITY SECTIO | 44.07- | 12,192.34 |
| 03/21 | VERMEER SALES SW-AZ | 3,186.30- | 9,006.04 |
| 03/21 | DITCH WITCH SOUTHWE | 54.26- | 8,951.78 |
| 03/21 | LOVES CNTRY ST    EL PASO    TX | 50.00- | 8,901.78 |
| 03/21 | LOVES CNTRY ST    EL PASO    TX | 70.02- | 8,831.76 |
| 03/21 | ALON DK # 1490 GEOR EL PASO     TX | 75.00- | 8,756.76 |
| 03/21 | ALON DK # 1490 GEOR EL PASO     TX | 62.18- | 8,694.58 |
| 03/21 | CIRCLE K 01506 1500 EL PASO     TX | 14.03- | 8,680.55 |
| 03/21 | COR-TEK POWER | 2,662.59- | 6,017.96 |
| 03/21 | Check Number     1587 | 556.86- | 5,461.10 |
| 03/21 | Check Number     1584 | 166.23- | 5,294.87 |
| 03/22 | FOREMOST COUNTY  BILLPAY | 639.56- | 4,655.31 |
| 03/22 | CHECK NUMBER      1586 | 676.80- | 3,978.51 |
| 03/22 | CHECK NUMBER      1582 | 576.45- | 3,402.06 |
| 03/22 | Loan from Tax Saving Acc | 3,000.00 | 6,402.06 |
| 03/22 | Leo Week Salary | 1,500.00- | 4,902.06 |
| 03/22 | ONE SOURCE FCU | 802.00- | 4,100.06 |
| 03/22 | Check Number     1588 | 528.70- | 3,571.36 |
| 03/22 | Check Number     1589 | 786.50- | 2,784.86 |
| 03/23 | DITCH WITCH SOUTHWE | 120.43- | 2,664.43 |
| 03/23 | DITCH WITCH SOUTHWE | 54.27- | 2,610.16 |
| 03/24 | VERMEER SALES SW-AZ | 242.55- | 2,367.61 |
| 03/25 | LOVES CNTRY ST    EL PASO    TX | 100.39- | 2,267.22 |
| 03/25 | USPS PO 48285804    SOCORRO    TX | 7.20- | 2,260.02 |
| 03/25 | Deposit | 255.94 | 2,515.96 |
| 03/25 | Deposit | 4,266.75 | 6,782.71 |
| 03/25 | Deposit | 2,340.12 | 9,122.83 |
| 03/25 | O'REILLY AUTO PARTS EL PASO     TX | 156.70- | 8,966.13 |

------------ Continued -------------

21-30987-hcm Doc#49 Filed 05/03/22 Entered 05/03/22 10:00:56 Main Document Pg 8 of 9

GECU
WE'RE WITH YOU.
P.O. Box 20998 • El Paso, Texas 79998 0998
915.778.9221 or 800.772.4328 USA

Account Number:
Statement Date: 03/31/22
Page 4 of 5

## member statement

**************************************************  **Checking Account**  **************************************************

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| 03/25 | FRANK S SUPPLY COMP | 86.55- | 8,879.58 |
| 03/25 | Check Number 1583 | 340.30- | 8,539.28 |
| 03/25 | Check Number 1585 | 469.76- | 8,069.52 |
| 03/26 | O'REILLY AUTO PARTS SOCORRO TX | 106.00- | 7,963.52 |
| 03/26 | Las Banderas Sto Horizon City TX | 9.10- | 7,954.42 |
| 03/27 | MURPHY6704ATWAL EL PASO TX | 16.21- | 7,938.21 |
| 03/27 | MURPHY6704ATWAL EL PASO TX | 78.50- | 7,859.71 |
| 03/27 | NNT HARBOR FREIGHT EL PASO TX | 170.54- | 7,689.17 |
| 03/28 | BERKSHIRE HATHAWAY | 357.80- | 7,331.37 |
| 03/28 | To Tax Savings Acc. | 2,000.00- | 5,331.37 |
| 03/28 | Leo Week Pay | 1,500.00- | 3,831.37 |
| 03/28 | LOVES CNTRY ST EL PASO TX | 60.00- | 3,771.37 |
| 03/28 | LOVES CNTRY ST EL PASO TX | 80.00- | 3,691.37 |
| 03/28 | LOVES CNTRY ST EL PASO TX | 50.04- | 3,641.33 |
| 03/28 | HORIZON EL PASO TX | 74.00- | 3,567.33 |
| 03/28 | Check Number 1580 | 431.38- | 3,135.95 |
| 03/28 | Check Number 1594 | 664.92- | 2,471.03 |
| 03/29 | Loan from Tax Saving Acc | 2,000.00 | 4,471.03 |
| 03/29 | LOVES CNTRY ST EL PASO TX | 41.00- | 4,430.03 |
| 03/29 | LOVES CNTRY ST EL PASO TX | 100.00- | 4,330.03 |
| 03/29 | LOVES CNTRY ST EL PASO TX | 3.64- | 4,326.39 |
| 03/29 | CHECK NUMBER 1590 | 656.80- | 3,669.59 |
| 03/29 | NST THE HOME DEPOT EL PASO TX | 21.02- | 3,648.57 |
| 03/29 | MINICONCRETE MATERI | 503.37- | 3,145.20 |
| 03/29 | Check Number 1595 | 424.81- | 2,720.39 |
| 03/29 | Check Number 1597 | 75.00- | 2,645.39 |
| 03/29 | Check Number 1596 | 786.50- | 1,858.89 |
| 03/30 | Loan from Tax Saving Acc | 3,000.00 | 4,858.89 |
| 03/30 | O'REILLY AUTO PARTS HORIZON CITY TX | 50.83- | 4,808.06 |
| 03/31 | Las Banderas Sto Horizon City TX | 80.00- | 4,728.06 |
| 03/31 | Las Banderas Sto Horizon City TX | 80.00- | 4,648.06 |
| 03/31 | LOWE'S #1146 EL PASO TX | 40.88- | 4,607.18 |
| 03/31 | S&S EL PASO | 1,342.59- | 3,264.59 |
| 03/31 | JOBE MATERIALS, L.P | 118.70- | 3,145.89 |
| 03/31 | Check Number 1592 | 430.46- | 2,715.43 |
| 03/31 | Check Number 1581 | 250.00- | 2,465.43 |
| 03/31 | Service Charge | 41.70- | 2,423.73 |

**Checks in Order**

| Date | Number | Amount | Date | Number | Amount |
|---|---|---:|---|---|---:|
| 03/02 | 1430 | 300.00 | 03/14 | 1573* | 677.40 |
| 03/04 | 1546* | 396.18 | 03/14 | 1574 | 376.33 |
| 03/02 | 1548* | 599.20 | 03/14 | 1575 | 556.45 |
| 03/03 | 1552* | 759.30 | 03/15 | 1577* | 2000.00 |
| 03/01 | 1553 | 556.45 | 03/17 | 1578 | 1500.00 |
| 03/01 | 1555* | 3097.00 | 03/28 | 1580* | 431.38 |
| 03/01 | 1556 | 2000.00 | 03/31 | 1581 | 250.00 |
| 03/10 | 1557 | 909.33 | 03/25 | 1583* | 340.30 |
| 03/08 | 1558 | 250.00 | 03/21 | 1584 | 166.23 |
| 03/04 | 1559 | 399.96 | 03/25 | 1585 | 469.76 |
| 03/11 | 1561* | 391.09 | 03/21 | 1587* | 556.86 |
| 03/07 | 1562 | 217.02 | 03/22 | 1588 | 528.70 |
| 03/11 | 1563 | 540.04 | 03/22 | 1589 | 786.50 |
| 03/07 | 1565* | 639.98 | 03/31 | 1592* | 430.46 |
| 03/07 | 1566 | 459.44 | 03/28 | 1594* | 664.92 |
| 03/08 | 1567 | 556.45 | 03/29 | 1595 | 424.81 |
| 03/18 | 1569* | 413.97 | 03/29 | 1596 | 786.50 |
| 03/14 | 1570 | 390.18 | 03/29 | 1597 | 75.00 |
| 03/17 | 1571 | 550.13 | | | |

------------ Continued ------------

**GECU**
WE'RE WITH YOU.
P.O. Box 20998 • El Paso, Texas 79998 0998
915.778.9221 or 800.772.4328 USA

Account Number:
Statement Date: 03/31/22

Page 5 of 5

# member statement

******************************************** **Checking Account** ********************************************

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|

(*) Check Numbers Missing

### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| Total for this period | # | Total Fees | # | Refunds/Corrections |
|---|---|---|---|---|
| Total Overdraft Fees** | 0 | $0.00 | 0 | $0.00 |
| Total Returned Item* Fees | 0 | $0.00 | 0 | $0.00 |
| Total year-to-date | # | Total Fees | # | Refunds/Corrections |
| Total Overdraft Fees** | 0 | $0.00 | 0 | $0.00 |
| Total Returned Item* Fees | 3 | $88.50 | 0 | $0.00 |

*Returned Items include non-sufficient funds (NSF) charges for checks, debit card transactions, and automated clearing house (ACH) transactions.

**Total overdraft fees include overdraft privilege fees and uncollected funds fees.

**Account Summary**
Previous Statement Date: 02/28/22

| Beginning Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charge | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 38,464.60 | | 48,368.55 | | .00 | | 84,367.72 | | 41.70 | | 2,423.73 |

Statement from 03/01/22 Thru 03/31/22

******************************************** **Summary of Deposit Accounts** ********************************************

| AP | Account | Balance | Int-Rate% | YTD-Int | YTD-Penalty | Maturity |
|---|---|---|---|---|---|---|
| CK | 8505783 | 2,423.73 | 0.000 | .00 | | |