IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **LM ENDEAVOR, LLC,** | § | Case No. 21-30987-HCM |
| | § | Chapter 11 |
| Debtor. | § | |

### APPLICATION FOR FINAL DECREE PURSUANT TO RULE 3022 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL RULE 3022

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within twenty one (21) days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

TO THE HONORABLE M. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY JUDGE:

Comes now, LM Endeavor, LLC, the Reorganized Debtor ("LME"), in the above case through its attorneys of record Miranda & Maldonado, P.C. and files its *Application for Final Decree Pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure and Local Rule 3022* (the "*Application*"). In support of its *Application*, LME would show the Court as follows:

### I. Procedural Background – Confirmation of Plan

1. On January 23, 2023, this Court entered the following order at **Document No. 104**:

> Order Approving Debtor's Second Amended Disclosure Statement Without Condition (Doc. #79) And Confirming LM Endeavor, LLC's Second Amended Plan of Reorganization (Doc. #80) As Modified at Confirmation

> Hearing (related document(s): 80 Second Amended Chapter 11 Plan (Small Business Debtor Case) filed by Carlos A. Miranda for Debtor LM Endeavor, LLC. (Miranda, Carlos) (related document(s): 79 Second Amended Disclosure Statement filed by Carlos A. Miranda for Debtor LM Endeavor, LLC.

(the "*Confirmation Order*" and "*Confirmed Plan*"). An Application for Final Decree is due by July 24, 2023.

## II. Applicable Law

2. LME moves to close its Chapter 11 Case pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure and Local Rule 3022 which respectively provide in relevant part:

> **Rule 3022. FINAL DECREE IN CHAPTER 11 REORGANIZATION CASE**
>
> After an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case.
>
> **L. Rule 3022.** Motions requesting the entry of a final decree in Chapter 11 cases may be filed using the negative notice language set forth in L. Rule 9014(a). Such motions must be served as required under L. Rule 9013.
>
> **11 U.S. Code § 1101 - Definitions for this chapter**
>
> **(2)** "substantial consumation" means—
> **(A)** transfer of all or substantially all of the property proposed by the plan to be transferred;
> **(B)** assumption by the debtor or by the successor to the debtor under the plan of the business or of the management of all or substantially all of the property dealt with by the plan; and
> **(C)** commencement of distribution under the plan.

3. Factors that the Court should consider in determining whether the Estate has been fully administered include:

(1)   whether the order confirming the plan has become final;

(2)   whether deposits required by the plan have been distributed;

(3)   whether the property proposed by the plan to be transferred has been transferred;

(4)   whether the debtor or the successor of the debtor under the plan has assumed the business or the management of the property dealt with by the plan;

(5)   whether payments under the plan have commenced; and

(6)   whether all motions, contested matters, and adversary proceedings have been finally resolved.

### III. Substantial Consummation of Confirmed Plan & Relief Requested

4.   LME would show that this case has been substantially consummated as contemplated by 11 U.S.C. §1101(2)(c) as the factors considered relevant for closing of the case have occurred as illustrated below:

(1)   **whether the order confirming the plan has become final.** The *Confirmation Order* was entered January 23, 2023. As of the date of this *Application*, the *Confirmation Order* has become final.

(2)   **whether deposits required by the plan have been distributed.** There were no deposits required by the *Confirmed Plan* to be distributed.

(3)   **whether the property proposed by the plan to be transferred has been transferred.** There was no property to be transferred under the terms of the *Confirmed Plan*.

(4)   **whether the debtor or the successor of the debtor under the plan has assumed the business or the management of the property dealt with by the plan.** As provided for under the *Confirmed Plan*, LME has assumed and continued with management of the property dealt with by the *Plan*.

    (5) **whether payments under the plan have commenced.** Payments under the *Confirmed Plan* have commenced. The *Effective Date* of the *Plan* was projected to be thirty days from the date an order confirming plan was entered which was February 22, 2023.

    (6) **whether all motions, contested matters, and adversary proceedings have been finally resolved.** All contested matters have been finally resolved.

5.    LME represents that all post confirmation *Quarterly Reports* due to date are on file with this Court or will be filed prior to any hearing on this *Application*.

6.    LME represents that all *Quarterly Fees* due to date have been paid to the UST. Any Quarterly Fees which accrue as of the date of this *Application* will be paid prior to the closing of the case and the entry of the *Final Decree*.

    WHEREFORE, PREMISES CONSIDERED, LME respectfully requests that upon a hearing on the merits in this matter, this Court enter a *Final Decree* providing for the following:

    a.    A determination that LME's case has been substantially consummated as defined by § 1101(2)(c) as distributions under the *Plan* have commenced and continue to be timely distributed;

    b.    That this Chapter 11 Case be closed; and

    c.    For such further relief deemed fair and equitable by this Court to which LME may show itself to be justly entitled.

Respectfully submitted,

**MIRANDA & MALDONADO, P.C.**

/s/ Carlos A. Miranda
Carlos A. Miranda III, Esq.
5915 Silver Spring, Bldg., 7
El Paso, Texas 79912
(915) 587-5000 (Telephone)
(915) 587-5001 (Facsimile)
cmiranda@eptxlawyers.com

Attorneys for Attorneys for LM Endeavor, LLC

## **CERTIFICATE OF SERVICE**

I, Carlos A. Miranda, do hereby certify that on April 25th, 2023, a true and correct copy of the foregoing *Application for Final Decree* was served by electronic mail in compliance with this Court's ECF System to the following Parties: Office of the United States Trustee, P.O. Box 1539, San Antonio, Texas 78295-1539; CCI, and the *Attached Creditor Matrix*.

/s/ Carlos A. Miranda
Carlos A. Miranda, Esq.
Attorneys for LM Endeavor, LLC

```
Label Matrix for local noticing        LM Endeavor, LLC                          United States Trustee (SMG311)
0542-3                                  P.O. Box 290706                           U.S. Trustee's Office
Case 21-30987-hcm                       El Paso, TX 79929-0706                    615 E. Houston, Suite 533
Western District of Texas                                                         P.O. Box 1539
El Paso                                                                           San Antonio, TX 78295-1539
Tue Apr 25 16:45:42 CDT 2023

U.S. BANKRUPTCY COURT                   All Year Funding, LLC                     Allegheny Resources, LLC
511 E. San Antonio Ave., Rm. 444        5309 13th Ave.                            9980 S 300 W
EL PASO, TX 79901-2417                  Brooklyn, NY 11219-3805                   Ste 200
                                                                                  Sandy, UT 84070-3654


Allegheny Resources, LLC                Allegheny Resources, LLC                  Bank of the West
c/o Billy 'Bill' Max Hammer             c/o Kimberly Guest                        475 Sansome St.
P.O Box 8587                            108 W. Front St. #115                     19th Floor, NC-Tri-19-A
Round Rock, TX 78683-8587               De Kalb, TX 75559-1308                    San Francisco, CA 94111-3172


C T Corporation System                  City of El Paso                           Corportation Service Company
Attn SPRS                               c/o Don Stecker                           P.O Box 2576
330 N Brand Blvd. Suite 700             Weston Centre, 112 E. Pecan St., Ste. 22  Springfield, IL 62708-2576
Glendale, CA 91203-2336                 San Antonio, TX 78205-1512


(p)DE LAGE LANDEN FINANCIAL             De Lage Landen Financial Services, Inc.  GECU
ATTN LITIGATION & RECOVERY              c/o Jameson & Dunagan, PC                 P.O. Box 20998
1111 OLD EAGLE SCHOOL ROAD              5429 LBJ Freeway, Ste. 700                El Paso, TX 79998-0998
WAYNE PA 19087-1453                     Dallas, TX 75240-2610


Internal Revenue Service (IRS)          (p)KABBAGE INC DBA KSERVICING             Liberty Mutual Insurance
Centralized Insolvency Office           925B PEACHTREE STREET NE                  P.O. Box 3200
P. O. Box 7346                          SUITE 383                                 New York, NY 10116-3200
Philadelphia, PA 19101-7346             ATLANTA GA 30309-3918


Lincoln & Morgan                        Meged Funding Group Corp                  Ocean Funding Source
One America Plaza                       12 Zeck Ct                                325 Division Ave.
600 W Broadway                          Suffern, NY 10901-3426                    Ste 201
San Diego, CA 92101-3311                                                          Brooklyn, NY 11211-7348


Red Target LLCdbaSCJ Commercial Financial Se    Reliant Funding                   Sierra Machinery, Inc.
c/o Christopher V. Arisco                       9540 Towne Centre Drive           939 Hawkins Blvd.
Padfield & Stout, LLP                           Suite 200                         El Paso, TX 79915-1219
420 Throckmorton Street, Suite 1210             San Diego, CA 92121-1996
Fort Worth, Texas 76102-3792


Sierra Machinery, Inc.                  Sierra Machinery, Inc.                    Sterling National Bank
c/o Kemp Smith LLP                      c/o Kemp Smith LLP                        One Jericho Plaza
Attn: James W. Brewer                   Attn: James W. Brewer                     3rd Floor
221 N. Kansas, Ste. 1700                P.O. Box 2800                             Jericho, NY 11753-1635
El Paso, Texas 79901-1401               El Paso, TX 79999-2800


Sterling National Bank                  Sterling National Bank                    T & T Staff Management
c/o Christopher V. Arisco               c/o Mark W. Stout                         Attn: Hector Enriquez
Padfield & Stout, LLP                   Padfield & Stout, LLP                     511 Executive Center Blvd.
420 Throckmorton Street, Suite 1210     420 Throckmorton Street, Suite 1210       El Paso, TX 79902-1018
Fort Worth, Texas 76102-3792            Fort Worth, Texas 76102-3792
```

| | | |
|---|---|---|
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Texas Workforce Commission<br>TWC Building - Regulatory Integrity Divi<br>101 East 15th Street<br>Austin, TX 78778-0001 | U.S. Small Business Administration<br>10737 Gateway West<br>300<br>El Paso, TX 79935-4910 |
| U.S. Small Business Administration<br>200 W. Santa Ana Blvd., Ste 740<br>Santa Ana, CA 92701-7534 | United States Attorney General<br>Department of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530-0009 | United States Attorney, Civil Process Clerk<br>Department of Justice<br>601 N. W. Loop 410, Suite 600<br>San Antonio, TX 78216-5512 |
| United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | United States Trustee's Office<br>615 E. Houston, Ste. 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | Verliance, Inc.<br>43525 Ridge Park Dr.<br>300<br>Temecula, CA 92590-3682 |
| Webster Bank, National Association, successo<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, TX 76102-3792 | Carlos A. Miranda<br>Miranda & Maldonado, P.C.<br>5915 Silver Springs<br>Bldg. 7<br>El Paso, TX 79912-4126 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| De Lage Landen Financial Services<br>1111 Old Eagle School Rd.<br>Wayne, PA 19087 | (d)De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | Kabbage, Inc.<br>925B Peachtree Street NE<br>Suite 383<br>Atlanta, GA 30309-3030 |
| Texas Comptroller of Public Accounts<br>Revenue Accounting Div - Bankruptcy Sect<br>P.O. Box 13528<br>Austin, TX 78711-3528 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     0<br>Total                    40 | |